0000

Vernon STAUBES, Respondent v. CITY OF FOLLY BEACH, Petitioner.

(454 S.E. (2d) 888)

Supreme Court

Jan. 19, 1995.

## ORDER

We grant the petition for a writ of certiorari to review the Court of Appeals' decision in *Staubes v. City of Folly Beach,* Op. No. 94-UP-138 (Ct. App. filed April 27, 1994). The parties shall proceed to serve and file the appendix and briefs as provided by Rule 226(h), SCACR.

/s/ Ernest A. Finney, Jr., C.J.
/s/ Jean A. Toal, J.
/s/ James E. Moore, J.
/s/ John H. Waller, Jr., J.